

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

December 10, 2025

**BY ECF**

The Honorable Naomi Reice Buchwald
United States District Judge
500 Pearl Street
New York, NY 10007

    Re:   *Just Futures Law, et al., v. U.S. Immigration & Customs Enforcement, et al.*,
            25 Civ. 8995 (NRB)

Dear Judge Buchwald:

    This Office represents the defendant agencies in this Freedom of Information Act case. We write with plaintiffs' consent to respectfully request an adjournment of the government's time to answer or otherwise respond to the complaint, which otherwise runs through today, December 10.[1] Government counsel has been coordinating with the defendant agencies to determine what FOIA searches have already been conducted, and what other work may be appropriate. However, the government requires some additional time to prepare its response. This is the government's first request to extend this date. Plaintiffs consent to the request. We therefore respectfully request that the government's time to answer or otherwise respond be extended by one month, to January 12, 2026.

    We thank the Court for its attention to this matter.

                            Respectfully submitted,

                            JAY CLAYTON
                            United States Attorney
                            Southern District of New York

                            By: */s/ Peter Aronoff*
                            PETER ARONOFF
                            Assistant United States Attorney
                            Telephone: (212) 637-2697
                            E-mail: peter.aronoff@usdoj.gov
                            *Counsel for defendants*

cc: Counsel for plaintiff (via ECF)

Handwritten annotation: So Ordered. Naomi Reice Buchwald USDJ 12/11/25

---

[1] Specifically, this Office received service on November 10. FOIA provides 30 days for the government to answer or otherwise respond to a complaint. *See* 5 U.S.C. § 552(a)(4)(C).