

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

> The parties are directed to file another status report by March 12, 2026. SO ORDERED.
>
> *Jennifer E. Willis*
> JENNIFER E. WILLIS
> United States Magistrate Judge
> February 13, 2026

**BY ECF**
The Honorable Jennifer E. Willis
United States Magistrate Judge
500 Pearl Street
New York, NY 10007

    Re:    *Just Futures Law, et al., v. U.S. Immigration & Customs Enforcement, et al.*,
           25 Civ. 8995 (JW)

Dear Judge Willis:

    This Office represents the defendant agencies in this Freedom of Information Act case. Jointly with counsel for plaintiffs, we write to provide a status report, as directed by the Court's January 13, 2026 order, ECF No. 16.

    Since the last status report, ICE determined that a significant fraction of records it had located did not require submitter review, and made a production to plaintiffs well ahead of the expected schedule noted in the last status report. The remaining records are still undergoing submitter review. CBP has also made a production.

    About two weeks ago, plaintiffs raised certain questions about the redactions in the productions that both agencies have made to date, and have asked that the agencies reconsider certain redactions and change their approach going forward. The agencies are now preparing responses. No party requests relief from the Court at this time.

    While processing continues, we respectfully propose that the parties file a further status report in one month, or by March 12, 2026.

Hon. Jennifer E. Willis  Page 2
February 12, 2026

We thank the Court for its attention to this matter.

                Respectfully submitted,

                JAY CLAYTON
                United States Attorney
                Southern District of New York

                By: */s/ Peter Aronoff*
                PETER ARONOFF
                Assistant United States Attorney
                Telephone: (212) 637-2697
                E-mail: peter.aronoff@usdoj.gov
                *Counsel for defendants*

cc: Counsel for plaintiff (via ECF)