

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

> The parties are ordered to file a further status report by April 13, 2026.  SO ORDERED.
>
> *Jennifer E. Willis*
> JENNIFER E. WILLIS
> United States Magistrate Judge
> March 13, 2026

**BY ECF**
The Honorable Jennifer E. Willis
United States Magistrate Judge
500 Pearl Street
New York, NY 10007

Re:   *Just Futures Law, et al., v. U.S. Immigration & Customs Enforcement, et al.,*
      25 Civ. 8995 (JW)

Dear Judge Willis:

This Office represents the defendant agencies in this Freedom of Information Act case. Jointly with counsel for plaintiffs, we write to provide a status report, as directed by the Court's February 13, 2026 order, ECF No. 18.

As noted in previous status reports, ICE has previously provided a production of processed, responsive records to the plaintiffs, and is awaiting the results of submitter review for the remaining records. CBP has also made a production.

Before the last status report, plaintiffs raised certain questions about the redactions in the productions that both agencies have made to date, and have asked that the agencies reconsider certain redactions and change their approach going forward. The agencies intend to respond to these requests, and have begun work on this process; however, due to the ongoing lapse in DHS appropriations, neither agency is able to respond at this time. The agencies plan to resume this work as soon as funding is restored.

We respectfully propose that the parties file a further status report in one month, or by April 13, 2026.

Hon. Jennifer E. Willis                                                                                Page 2
March 12, 2026

        We thank the Court for its attention to this matter.

                                   Respectfully submitted,

                                   JAY CLAYTON
                                   United States Attorney
                                   Southern District of New York

                                   By: */s/ Peter Aronoff*
                                   PETER ARONOFF
                                   Assistant United States Attorney
                                   Telephone: (212) 637-2697
                                   E-mail: peter.aronoff@usdoj.gov
                                   *Counsel for defendants*

cc: Counsel for plaintiff (via ECF)