

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

April 13, 2026

**BY ECF**
The Honorable Jennifer E. Willis
United States Magistrate Judge
500 Pearl Street
New York, NY 10007

      Re:    *Just Futures Law, et al., v. U.S. Immigration & Customs Enforcement, et al.,*
               25 Civ. 8995 (JW)

Dear Judge Willis:

      This Office represents the defendant agencies in this Freedom of Information Act case. Jointly with counsel for plaintiffs, we write to request a one-week extension of the parties' obligation to file a status report today, as directed by the Court's March 13, 2026 order, ECF No. 23.

      The parties noted in their most recent status report that certain FOIA operations have been delayed due to the lapse in annual appropriations for the Department of Homeland Security (DHS) and its components. Earlier today, citing news reporting, plaintiffs asked government counsel whether DHS and its components will be resuming certain FOIA operations despite the lapse.[1] In order to provide a clearer answer to this question, we respectfully request a one-week extension, to April 20, of the parties' joint status report. Plaintiffs join this request.

---

[1] Specifically, plaintiffs have cited a Reuters story, "US DHS calls furloughed staff back to work despite shutdown," available at https://www.reuters.com/legal/litigation/us-dhs-calls-furloughed-staff-back-work-despite-shutdown-2026-04-11/.

Hon. Jennifer E. Willis                                                    Page 2
April 13, 2026

We thank the Court for its attention to this matter.

Respectfully submitted,

JAY CLAYTON
United States Attorney
Southern District of New York

By: */s/ Peter Aronoff*
PETER ARONOFF
Assistant United States Attorney
Telephone: (212) 637-2697
E-mail: peter.aronoff@usdoj.gov
*Counsel for defendants*

cc: Counsel for plaintiff (via ECF)