

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

April 20, 2026

**BY ECF**
The Honorable Jennifer E. Willis
United States Magistrate Judge
500 Pearl Street
New York, NY 10007

  Re: *Just Futures Law, et al., v. U.S. Immigration & Customs Enforcement, et al.,*
    25 Civ. 8995 (JW)

Dear Judge Willis:

  This Office represents the defendant agencies in this Freedom of Information Act case. Jointly with counsel for plaintiffs, we write to provide a joint status report, which was originally due one week ago but which the Court extended on the parties' motion. *See* ECF No. 25.

  As we have previously noted, certain FOIA operations have been delayed due to the lapse in annual appropriations for the Department of Homeland Security (DHS) and its components. However, despite the ongoing lapse, DHS components have now resumed FOIA work unless or until funding is no longer available to perform their ordinary duties. Thus, both CBP and ICE will resume work toward responding to plaintiffs' request to reconsider certain redactions, as noted in the March status report.

  We respectfully propose that the parties file a further status report in one month, or by May 20, 2026. We thank the Court for its attention to this matter.

       Respectfully submitted,

       JAY CLAYTON
       United States Attorney
       Southern District of New York

       By: */s/ Peter Aronoff*
       PETER ARONOFF
       Assistant United States Attorney
       Telephone: (212) 637-2697
       E-mail: peter.aronoff@usdoj.gov
       *Counsel for defendants*

cc: Counsel for plaintiff (via ECF)