**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

This request is GRANTED *nunc pro tunc*. The parties' joint status report is due on **September 28, 2026**. SO ORDERED.

Jennifer E. Willis

JENNIFER E. WILLIS
United States Magistrate Judge
September 22, 2026

**BY ECF**
The Honorable Jennifer E. Willis
United States Magistrate Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: *Just Futures Law, et al., v. U.S. Immigration & Customs Enforcement, et al.*,
25 Civ. 8995 (JW)

Dear Judge Willis:

This Office represents the defendant agencies in this Freedom of Information Act ("FOIA") case. We write with the consent of plaintiffs to respectfully request a one-week extension of the joint status report that is otherwise due today under the Court's August 24, 2026 order, ECF No. 35. The reason for the request is that government counsel requires additional time to gather information relevant to the report. This is the government's first request to extend this date; plaintiffs consent to the request.

We thank the Court for its consideration of this request.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney
Southern District of New York

By: /s/ Peter Aronoff
PETER ARONOFF
Assistant United States Attorney
Telephone: (212) 637-2697
E-mail: peter.aronoff@usdoj.gov
*Counsel for defendants*