**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

October 28, 2026

**BY ECF**
The Honorable Jennifer E. Willis
United States Magistrate Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: *Just Futures Law, et al., v. U.S. Immigration & Customs Enforcement, et al.*, 25 Civ. 8995 (JW)

Dear Judge Willis:

This Office represents the defendant agencies in this Freedom of Information Act ("FOIA") case. Jointly with counsel for plaintiffs, we write to provide a joint status report.

The agencies report that they have nearly completed productions of non-exempt records responsive to plaintiffs' FOIA requests.

CBP has located one additional set of potentially responsive records, consisting of approximately 29 pages. The agency is now processing those records, and it expects to complete this process (subject to potential further submitter review) within approximately three weeks.

Since the last status report, ICE sent out a batch of approximately 430 pages of records for submitter review. ICE has separately been reviewing all the records that were previously produced to plaintiff to determine whether additional information can be released, in a good-faith effort to avoid any questions about withholdings. After this review, ICE determined that it might be possible to remove certain redactions from a batch of records produced in January 2026. However, this requires additional submitter review, which is also underway. ICE expects that within a few weeks, both submitter reviews will be completed, and the agency will then finalize and produce all non-exempt records to plaintiffs. Once this is complete, the parties intend to meet and confer to discuss any issues with respect to the agencies' searches and productions and next steps in this litigation.

We respectfully propose that the parties file a further status report in one month, or by November 30, 2026. We thank the Court for its attention to this matter.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney
Southern District of New York

By: *<u>/s/ Peter Aronoff</u>*
PETER ARONOFF
Assistant United States Attorney
Telephone: (212) 637-2697
E-mail: peter.aronoff@usdoj.gov
*Counsel for Defendants*